# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Michigan

Case Number: 2:23-CV-10784-NGE-CI

Plaintiff:
**AUTOBOOKS, INC.**

vs.

Defendant:
**MILLION JET INC., et al**

PVU2023000025

For:
Jordan Bolton
27777 Franklin Road
Suite 2500
Southfield, MI 48034

Received by Fortz Legal on the 10th day of April, 2023 at 12:42 pm to be served on **Gabriel Diaz, 11348 Nw 73rd Terrace, Doral, FL 33178**.

I, John Brady, do hereby affirm that on the **10th day of April, 2023** at **5:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served **Gabriel Diaz** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, directly to **Gabriel Diaz** at the given address of: **11348 Nw 73rd Terrace, Doral, FL 33178**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I declare that I have read the foregoing **document** and that the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. No notary required pursuant to F.S.92.525(2)

**John Brady**
CPS#2217

**Fortz Legal**
**25 Division Avenue South**
**Unit 325**
**Grand Rapids, MI 49503**
**(844) 730-4066**

Our Job Serial Number: PVU-2023000025

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n