UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AUTOBOOKS, INC.,

Plaintiff(s),

v.

MILLION JET INC., and GABRIEL DIAZ a/k/a GABRIEL BRACHO,

Defendant(s).
_____________________________________/

Case No. 2:23-cv-10784

Judge Nancy G. Edmunds

Magistrate Judge Cutis Ivy, Jr.

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

MILLION JET INC. for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on April 10, 2023 at 11348 NW 73rd Terrace, Doral, FL 33178 c/o Gabriel Diaz, Registered Agent by Personal Service.
[certified mail, regular mail, personal service, waiver of service]

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: 5/3/2023

/s/ Stuart M. Schwartz
Signature

P62752
Bar No.

Taft Stettinius & Hollister LLP, 27777 Franklin, Ste. 2500
Street Address

Southfield, MI 48034
City, State, Zip Code

(248) 727-1512
Telephone Number

sschwartz@taftlaw.com
Primary Email Address