UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Autobooks, Inc.

Plaintiff(s),

Case No. 2:23-cv-10784

v.

Honorable Nancy G. Edmunds

Million Jet Inc., et al

Defendant(s).
______________________________/

**CLERK'S ENTRY OF JUDGMENT BY DEFAULT**

The Clerk's entry of default having been entered against Defendant Million Jet Inc and Gabriel Diaz, and an affidavit having been filed;

THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant Million Jet Inc and Gabriel Diaz, in the amount of $ 88,386.00 plus interest.

KINIKIA D. ESSIX, CLERK OF COURT
United States District Court

By: s/D. Allen
Deputy Clerk

Dated: May 30, 2023